JOHN CAPPOCK, Appellant, v. COMMONWEALTH FUEL Co., INC., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOHN CAPPOCK, Appellant, v. COMMONWEALTH FUEL Co., INC., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ESTHER T. CRATER, Respondent, v. CAMET CONSTRUCTION CORPORATION and Others, Appellants, and MUNICIPAL BANK, Defendant.— Motion to extend time and to add appeal to June calendar denied.█ Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CIRO D'ARVERSA, Respondent, v. SALVATORE LENTINI and Others, Respondents. ETHEL LONDON and Others, Defendants; PIETRO MIANO, Purchaser, Appellant.— Motion for reargument of motion granted, and upon reargument stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES DE SANTIS, an Infant, by HELEN DE SANTIS, His Guardian ad Litem, Appellant, Respondent, v. PETER LUGER, Respondent, Appellant.— Motion to resettle order dated March 21, 1930, granted and resettled order signed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

PATRICK EUFEMIA, Respondent, v. PETER BONDI and MARIE BONDI, Sued Herein as "MARY BONDI," Appellants.— Motion to resettle order granted and order resettled so as to fix the 23d day of June, 1930, at ten o'clock in the forenoon, as the time for closing the title at the office of plaintiff's attorney, as specified in the contract. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

VINCENZO DI GABRIELE, Respondent, v. MOONLIGHT GARDENS, INC., etc., and Others, Appellants.— Motion granted and defendants given ten days after the determination of appeal within which to answer in the event of an affirmance of the order. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JACOB GESELE and HATTIE GESELE, His Wife, Respondents, v. GERDA M. JOHANSEN, Appellant.— Motion denied without prejudice to defendant to move at Special Term to compel plaintiffs to enter judgment in accordance with the order of modification of this court (McWilliams, Inc., v. Ætna Ins. Co., 120 Misc. 117), except that plaintiffs will be stayed from proceeding under the old judgment providing defendant make an application for the above relief within five days from the entry of the new judgment. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

PINCUS GLICKMAN, Respondent, v. NEW YORK BANKERS, INC., and Others, Defendants. WILLIAM MALAFSKY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

GREENLEAF REALTY CORPORATION, Respondent, v. PHŒNIX ASSURANCE COMPANY LIMITED OF LONDON and Others, Appellants, and SUFFOLK COUNTY TRUST COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MORRIS GRUSKIN, Respondent, v. CHAUNCEY MILLER, Appellant.— Motion

for stay of examination before trial denied; examination to proceed upon five days' notice at same hour and place. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MORRIS GRUSKIN, Respondent, v. CHAUNCEY MILLER, Appellant.— Motion for stay of trial denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNA HRYNKO, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNIE HUSSEY, Appellant, v. ANNA M. NEGREEN, Individually and as Executrix, etc., of JOSEPH F. NEGREEN, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of IDA ASHNER to Render and Settle Her Account as Executrix of SIGMUND ASHNER, Deceased. IDA ASHNER, as Executrix of SIGMUND ASHNER, Deceased, Appellant; EMILY HALLE SUMMERFIELD and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of HONOUR B. GELSON, Respondent, for a Peremptory Mandamus Order against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Motion to add to June term calendar granted. Present — Lazansky, P. J., Rich, Kapper and Hagarty, JJ.; Carswell, J., not voting.

In the Matter of the Petition to Set Aside the Election of Directors of the PARK LAUNDRY COMPANY OF LONG ISLAND, INC. AGNES F. MURRAY, Appellant; PARK LAUNDRY COMPANY OF LONG ISLAND, INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of SARAH LEVENTHAL, Appellant, to Cancel a Mortgage of Record. LYDECKER VAN RIPER, as Executor, etc., of LENORE B. WARNER, Deceased, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of Supplementary Proceedings: PYRAMID CONTRACTING CORPORATION, Respondent, v. AZTEC HOMES BUILDERS CORPORATION and ABRAHAM FEINBERG, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of Supplementary Proceedings: PYRAMID CONTRACTING CORPORATION, Respondent, v. AZTEC HOMES BUILDERS CORPORATION and ABRAHAM FEINBERG, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application for Leave to Sell Real Estate of FREDERICK WILBERT, Sometimes Known as FREDERICK W. TURNER, an Infant under the Age of Fourteen Years. SARAH PULLY, Purchaser, Appellant; WILLIAM H. MOTZER, Special Guardian, Respondent.— Motion for reargument granted, and